**Order entered September 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01108-CR
No. 05-17-01109-CR

**TERRENCE MIMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-58852-T & F16-60694-T**

## ORDER

The State's August 29, 2018 second motion to extend the time to file its brief is hereby

GRANTED, and the brief is ordered filed.

/s/     LANA MYERS
JUSTICE